UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


LEXIE PARO,

             Plaintiff,

                                     Case No. 1:10-cv-134

v.

                                     HONORABLE PAUL L. MALONEY

WEBER & OLCESE, PLC,

             Defendant.

_____/


**ORDER TO FILE CORPORATE DISCLOSURE STATEMENT**

      Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure

statement that (1) identifies any parent corporation and any publicly held corporation owning

10% or more of its stock; or (2) states that there is no such corporation.  A review of the docket

for this case has revealed that defendant Weber & Olcese, PLC has not filed the requisite

disclosure.

      IT IS HEREBY ORDERED that defendant Weber & Olcese, PLC shall file a corporate

disclosure statement within seven (7) days of the date of this order.


Date:  May 24, 2010                        _/s/ Paul L. Maloney_____
                                         Paul L. Maloney
                                         Chief United States District Judge